IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FLUIDMASTER, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 3:23-cv-2388-E |
| | § | |
| DANCO, INC., | § | |
| | § | |
| Defendant. | § | |

### DEFENDANT DANCO, INC.'S OPPOSED MOTION TO EXCLUDE OPINIONS OF DONALD R. HOUSE, SR., PHD

Pursuant to the Court's Scheduling Order (Dtk. 29) and Federal Rule of Evidence 702, Defendant Danco, Inc. respectfully moves to exclude the opinions of Plaintiff Fluidmaster, Inc.'s damages expert, Donald R. House, Sr. PhD. For the reasons set forth in the accompanying brief and appendix in support of this opposed motion, Dr. House's opinions are unreliable, would not help the jury determine facts in issue, and should be excluded.

Dated:  December 26, 2024        Respectfully submitted,

*/s/ Robert D. Gravois*

Eric G. Maurer (*pro hac vice*)
Georgia State Bar No. 478199
Cynthia J. Lee (*pro hac vice*)
Georgia State Bar No. 442999
Thomas F. Finch (*pro hac vice*)
Georgia State Bar No. 637008
Scott P. Amy (*pro hac vice*)
Georgia State Bar No.141416
Joseph W. Staley (*pro hac vice*)
Georgia State Bar No. 142571
Thomas F. Finch (*pro hac vice)*
Georgia State Bar No. 637008
Robert D. Gravois (*pro hac vice*)
Florida State Bar No. 1040278
**PERILLA KNOX & HILDEBRANDT LLP**
5871 Glenridge Drive
Suite 350
Atlanta, GA 30328
Telephone: 470-657-9519
Fax: 877-389-6779
Email: e.maurer@pkhip.com
Email: c.lee@pkhip.com
Email: t.finch@pkhip.com
Email: s.amy@pkhip.com
Email: j.staley@pkhip.com
Email: t.finch@pkhip.com
Email: r.gravois@pkhip.com

Stephanie Rene Barnes
Texas State Bar No.: 24045696
**PLUNK SMITH, PLLC**
2801 Network Boulevard
Suite 300
Frisco, TX 75034
Telephone: 972−370−3333

2

Telephone: Fax: 972−294−5274
Email: sbarnes@plunksmith.com

Elvin E Smith, III
Texas State Bar No.: 00784995
**SIEBMAN LAW, LLP**
7914 Bryn Mawr
Dallas, TX 75225
Telephone: 214−238−3345
Fax: 214−387−9125
Email: elvinsmith@siebman.com


**ATTORNEYS FOR DANCO, INC.**

3

## CERTIFICATE OF WORD COUNT

The undersigned certifies that this document complies with the word count requirement set forth in the Court's Standing Order dated May 23, 2024 because it contains 69 words.

Dated: December 26, 2024        /s/ Robert D. Gravois
                                **ROBERT D. GRAVOIS**

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Defendant Danco, Inc. (including Eric Maurer, Cynthia Lee, Thomas Finch, and Stephanie Barnes) met and conferred with counsel for Plaintiff Fluidmaster, Inc. (Ronald Casey Low) on Thursday, December 19, 2024 via video-conference and subsequent follow-up email correspondence. Counsel for Plaintiff indicated that they oppose this motion and do not believe the referenced testimony is properly subject to exclusion.

Dated: December 26, 2024        /s/ Robert D. Gravois
                                **ROBERT D. GRAVOIS**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on this 26th day of December, 2024 all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system.

Dated: December 26, 2024           */s/ Robert D. Gravois*
                                   **ROBERT D. GRAVOIS**