IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FLUIDMASTER, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 3:23-cv-2388-E |
| DANCO, INC., | § § § | |
| Defendant. | § § | |

# [PROPOSED] ORDER GRANTING DEFENDANT DANCO, INC.'S MOTION TO EXCLUDE OPINIONS OF DONALD R. HOUSE, SR., PHD

Before the Court is Defendant Danco, Inc.'s Motion to Exclude Opinions of Donald R. House, Sr. PhD ("the Motion"). After consideration, the Court is of the opinion that the Motion should be **GRANTED**.

It is hereby **ORDERED** that the Motion is **GRANTED**.

**SO ORDERED**: _____, 2025

_____
HONORABLE ADA BROWN
UNITED STATES DISTRICT JUDGE